PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. David James Cook**

**Docket No. 0:01CR00379-001(PAM)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **David James Cook** who was sentenced for Felon in Possession of a Firearm on August 13, 2002, by the Honorable Paul A. Magnuson, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Abstain from alcohol and drug and alcohol aftercare

30 days RRC placement followed by 60 days remote alcohol monitoring program (modified May 8, 2008, due to two DWI convictions)

In addition, the defendant was sentenced for Escape on December 22, 2006, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug and alcohol aftercare; mental health aftercare; comply with the Minnesota Offender Employment Policy; and submit to search of residence, office, vehicle, or area under the defendant's control

30 days RRC placement followed by 60 days remote alcohol monitoring program (modified May 12, 2008, due to two DWI convictions)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall reside for a period of 30 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility. Upon release from the residential re-entry center, the defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will not be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

On May 2 and 7, 2008, the defendant failed to respond to the remote alcohol monitor when he was summoned to take a breathalyser. The defendant and his girlfriend advised that they are having personal problems, and the defendant was asked to leave the residence on May 2, 2008, and left on his own on May 7, 2008. On May 6, 2008, the defendant failed the voice verification when he was summoned to take a breathalyser. His supervising probation officer attempted to contact him by telephone and was told by an

SCANNED
MAY 19 2008
U.S. DISTRICT COURT ST. PAUL

individual at the residence that he was not at home. The defendant stated later that he was down the street as his girlfriend's vehicle broke down.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 90 days in a residential re-entry center as approved by the probation officer and shall observe the rules of that facility. The 90 days is to run concurrent with Docket Number 0:06CR00151-001(JRT)

ORDER OF THE COURT

Considered and ordered this 15th day of May, 2008, and ordered filed and made a part of the records in the above case.

Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
Senior U.S. Probation Officer
Telephone: 218-333-0554

Executed on May 8, 2008
Place Bemidji

Approved:

Julie M. Belt
Supervising U.S. Probation Officer

c: United States Sentencing Commission