UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 01-379 (PAM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | REASSIGNMENT OF |
| | ) | CRIMINAL CASE |
| v. | ) | |
| | ) | |
| DAVID JAMES COOK, | ) | |
| | ) | |
| Defendant. | ) | |

The following criminal case has been reassigned as follows:

Criminal No.

01-379 (PAM)

Defendant Name

David James Cook

Remove AUSA

Michelle E. Jones

Add AUSA

Jeffrey S. Paulsen

Dated: June 12, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

*s/Jeffrey S. Paulsen*

BY: Jeffrey S. Paulsen
Assistant U.S. Attorney
Attorney ID No. 144332