**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Jeanne J. Graham<br>U.S. Magistrate Judge |
| v. | ) | Case No: 06-CR-151 JRT<br>01-CR-379 PAM |
| David Cook, | ) | Date: July 3, 2008 |
| | ) | Court Reporter: None |
| Defendant. | ) | Tape Number: 243 |
| | | Time Commenced: 1:55 p.m. |
| | | Time Concluded: 2:00 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Kimberly Svendsen, Assistant U.S. Attorney
Defendant: Lyonel Norris

☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: None / English

Date Charges Filed: June 16, 2008 Offense: committed crime on release.

☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☒ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

Additional Information:
**Parties stipulate to Defendant returning to treatment. See separate order.**

s/Joan Flood
Criminal Duty Clerk