RECEIVED
08 JUL -3 PM 2:02
CLERK U.S. DIST. COURT
MINNEAPOLIS, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORDER

UNITED STATES OF AMERICA,

Plaintiff,

v.

**David James Cook**

Defendant.

Docket No. 0:06CR00151-001 (JRT)
Docket No. 0:01CR00379-001 (PAM)

On the 3rd day of July 2008, David James Cook appeared before the Honorable Jeanne J. Graham for an initial appearance hearing.

IT IS HEREBY ORDERED That David James Cook be released from custody under the same terms and conditions previously imposed on supervised release. In addition, the following condition is imposed: The defendant shall continue his participation in inpatient treatment at the Mash-Ka-Wisen Treatment Center in Sawyer, Minnesota.

It is hereby ordered that the U.S. Marshals Service transport the defendant to the treatment program following the conclusion of the court hearing.

Signed and executed this 3rd day of July, 2008.

Honorable Jeanne J. Graham
U.S. Magistrate Judge

SCANNED
JUL 03 2008
U.S. DISTRICT COURT MPLS