A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED

# UNITED STATES DISTRICT COURT

## District of Minnesota

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

0841-0616-1309-0

CASE #s:**CR 06-151 JRT & CR01-379 PAM/RLE**

David James Cook

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: David James Cook

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: John R. Tunheim, United States District Court Judge.

Kim Krulas (signature) June 16, 2008 at Minneapolis, MN

(By) Kim Krulas, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 7-3-08
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY (signature)

SCANNED
JUL 15 2008
U.S. DISTRICT COURT ST. PAUL